**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALFRED JONES SIMMONS, PETITIONER** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 26-cv-1618** |
| **KEITH BICKHAM, WARDEN, RESPONDENT** | * * | **SECTION "D" (3)** |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Keith Bickham, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on September 17, 2026 (Rec. Doc. 4).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until October 8, 2019, to answer Alfred Jones Simmons's *habeas corpus* petition and to produce

the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

Alfred Jones Simmons, # 373240
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426
*Petitioner, pro se.*

This 17th day of September, 2026, Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433