**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALFRED JONES SIMMONS, PETITIONER** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NO. 26-cv-1618** |
| | * | |
| **KEITH BICKHAM, WARDEN, RESPONDENT** | * | **SECTION "D" (3)** |
| | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until October 8, 2019, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this ____ day of ______________, 2026.

____________________________________
MAGISTRATE JUDGE