**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALFRED JONES SIMMONS, PETITIONER** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 26-cv-1618** |
| **KEITH BICKHAM, WARDEN, RESPONDENT** | * * | **SECTION "D" (3)** |

**RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Keith Bickham, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A):

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on July 30, 2019 (Rec. Doc. 9).

2. The respondent has not yet completed compiling the state court record or completed the respondent's answer to the habeas corpus application.

3. Since the Court's initial order to answer the petitioner's habeas corpus petition dated August 18, 2018 (Rec. Doc. 6), the undersigned counsel has filed five appellee briefs in the Louisiana First Circuit Court of Appeal[1] and is presently litigating an application for post-conviction relief in a capital case (the evidentiary hearing held 9/24/2026; the post-hearing memoranda due 10/23/2026).[2] The

1 State v. Robert Garner, 2019-KA-0470; State v. Patrick Kraemer, 2019-KA-0471; State v. Ronald St. Cyre, 2019-KA-0034; State v. Jonathan Luper, 2019-KA-0489.

2 State v. Jesse Montejo, 355706. The evidentiary hearing was held

undersigned also presently owes eight more appellee briefs to the Louisiana First Circuit Court of Appeal.[3]

4. Considering the undersigned counsel's present work load (¶ 3, above), the respondent submits that there is "good cause" for an additional extension of time pursuant to Rule 6(b).

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until November 7, 2026, to answer Alfred Jones Simmons's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

Alfred Jones Simmons, # 373240
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426

This 8th day of October, 2026, Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
701 N. Columbia Street
Covington, LA 70433

3 State v. Travon Washington, 2026-KA-0369; State v. Shannon Polkey, 2026-KA-0708; State v. Bernard Denham, 2026-KA-0926; State v. Otto Alfaro, 2026-KA-0117; State v. Lawrence Burt, 2026-KA-0937; State v. Jamiel Miller, 2026-KA-1012; State v. Alvin Laurant, 2026-KA-0370j; State v. Ryan Pellegrin, 2026-KA-0877.