**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALFRED JONES SIMMONS, PETITIONER** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 26-cv-1618** |
| **KEITH BICKHAM, WARDEN, RESPONDENT** | * * | **SECTION "D" (3)** |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until November 7, 2026, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this ____ day of ______________, 2026.

______________________________
MAGISTRATE JUDGE