**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALFRED JONES SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1618** |
| **KEITH BICKHAM** | **SECTION: "D"(3)** |

**ORDER**

Having considered Respondent's Second Motion for Extension of Time,

Accordingly,

**IT IS ORDERED** that Respondent's Second Motion for Extension of Time, R. Doc. 10, is **GRANTED**. Respondent has an additional thirty (30) days or until **November 7, 2026**, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this 13th day of October, 2026.

**EVA J. DOSSIER**
**UNITED STATES MAGISTRATE JUDGE**