U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 19 2026
CAROL L. MICHEL
CLERK
bwn Mail

U.S. District Court
Eastern District of La.

Alfred Jones Simmons
versus
Keith Bickham, Warden

Civil Action
No. 26-CV-1618
Sec. "D" (3)

Objections To Any/All Future Extensions In This Matter

NOW INTO COURT, Comes and appears, Alfred Jones Simmons, (hereinafter "petitioner"), with respect, represents and shows:

1.

Petitioner represent himself in the above captioned and numbered cause, with the help of a good friend, being the law-library here at this prison is inadequate, and the inmate lawyers who works in the law-library here, doesn't know any civil law or Federal law at all.

2.

Petitioner avers on 10/14/2026, he received in legal mail here at this prison, the State's 2nd Motion Requesting A Extension of Time to file a answer/response.

3.

Petitioner avers that his issue, is not hard, complex, or complicated at all, so he don't know why the state can't file a timely answer/response to a pleading that a untrain prose litigant has filed into the court.

4.

Petitioner represents and shows he has no problem with this Honorable Court, granting the state a 2nd extension in this matter, but opposes and objects to any future extensions being granted to the state in this matter.

5.

Petitioner avers any further delays in this matter will prejudice him, and are nothing but a delay tactic by the state to stall these proceedings, and to stop the Petitioner from wining a ruling and favorable judgment in this matter.

6.

Petitioner avers the state doesn't have any standings whatsoever in this matter, and that is why they can't answer or respond, and are playing games and stalling this matter, by requesting all these frivilous and groundless extensions.

7.

Petitioner avers if the State doesn't answer after this 2nd extension or on or before November 07, 2026 the State be held in default, and petitioner be granted the relief he original prayed for in his petition.

WHEREFORE, Petitioner Alfred Jones Simmons, prays that this Honorable Court, notes his objections at this time, and the Court don't even consider a 3rd Extension from the State, under any circumstances whatsoever.

Respectfully Submitted,
Alfred Jones Simmons
Petitioner (ProSe)
Rayburn Corr. Ctr., Snow-2
27268 Hwy. 21 N.
Angie, La., 70426

## Certificate of Service

I hereby certify that I have forwarded a copy of the foregoing on the State of Louisiana via U.S. Mail, properly addressed, with postage pre-paid.

Angie, Louisiana, this 14th day of October, 2026

Alfred Jones Simmons
Petitioner (ProSe)