TO: Clerk's office, U.S. District Court
Eastern District of Louisiana

From: Alfred Jones Simmons # 373240
Rayburn Corr. Ctr., Snow-2
27268 Hwy. 21 N.
Angie, La. 70426

RE: Alfred Jones Simmons vs. Keith Bickham, Warden
Civil Action No. 26-CV-1618; Section "D" (3)

Date: October 14, 2026

Dear Clerk's office;

Please find enclosed my Objections To Any/All Future Extensions In This matter. Please file such immediately and present to the Court for its review and consideration. This case is not complex or complicated at all, so I don't know why the State is requesting all these extensions. Any other future extension will delay and prejudice the petitioner in this matter. I will close for now. Thanks in advance for your time and consideration in this case.

Very truly yours,
Alfred Jones Simmons

CC: State of Louisiana