Alfred Jones Simmons #373290
Rayburn Corr. Ctr., Snow-2
27268 Hwy. 21 N.
Angie, La. 70426




Clerk's Office U.S. District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Room C151
New Orleans, La. 70130

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS
RAYBURN CORRECTIONAL CENTER
OCT 16 2023

RECEIVED
OCT 19 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK
SB