**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALFRED JONES SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1618** |
| **KEITH BICKHAM** | **SECTION: "D"(3)** |

# ORDER

Having considered Respondent's Third Motion for Extension of Time,

Accordingly,

**IT IS ORDERED** that, having shown good cause, Respondent's Third Motion for Extension of Time, R. Doc. 13, is **GRANTED**. Respondent has an additional thirty (30) days or until **December 8, 2026**, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this 10th day of November, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE